# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA CLARK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1094-S-BH |
| | § | |
| AMERICAN CASUALTY INSURANCE | § | |
| COMPANY OF READING | § | |
| PENNSYLVANIA | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 12]. An objection was filed by Plaintiff [ECF No. 13]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Plaintiff's claims will be dismissed for lack of subject matter jurisdiction.

**SO ORDERED.**

SIGNED July 12, 2021.

_____
UNITED STATES DISTRICT JUDGE